No. 76–883. DODSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 76–885. SPILLMAN v. CITY OF DALLAS. Ct. Civ. App. Tex., 11th Sup. Jud. Dist. Certiorari denied.

No. 76–887. CAMIL v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (BUENA VISTA CINEMA ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App Dist. Certiorari denied.

No. 76–890. HESLER ET AL. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–891. CHAMBERS v. CHAMBERS ET AL. Sup. Ct. Tex. Certiorari denied.

No. 76–894. SCHOTT ET AL. v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–899. McGRAW-EDISON CO. v. SOPER ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–901. DOE v. LAMB, SHERIFF, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 76–903. FEIST ET AL. v. LUZERNE COUNTY BOARD OF ASSESSMENT APPEALS. Sup. Ct. Pa. Certiorari denied.

No. 76–904. FLM COLLISION PARTS, INC. v. FORD MOTOR CO. ET AL. C. A. 2d Cir. Certiorari denied.